UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:   CAROLYN M. JUSTICE                                                        Case No: 12-30752

SSN: XXX-XX-1414

CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

    Comes the Trustee, William W. Lawrence, and states that the debtor(s) have failed to comply with the Local Rule 6070-1(e) of this Court and moves for dismissal.

Tendered By:
William W. Lawrence, Trustee
200 S. Seventh St., Suite 310
Louisville, KY 40202

/s/William W. Lawrence
WILLIAM W. LAWRENCE, TRUSTEE

12/19/2013